**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-1928

AFRAH SADIQ,

Petitioner,

versus

U.S. IMMIGRATION & NATURALIZATION SERVICE,

Respondent.

No. 02-1306

AFRAH SADIQ,

Petitioner,

versus

U.S. IMMIGRATION & NATURALIZATION SERVICE,

Respondent.

On Petitions for Review of Orders of the Board of Immigration
Appeals.  (No. A72-418-396)

Submitted:  August 7, 2002          Decided:  August 30, 2002

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

———————————

Petitions denied by unpublished per curiam opinion.

———————————

David A. Garfield, LAW OFFICE OF DAVID GARFIELD, Washington, D.C., for Petitioner. Robert D. McCallum, Jr., Assistant Attorney General, Donald K. Keener, Deputy Director, Alison R. Drucker, Senior Litigation Counsel, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated petitions for review, Afrah Sadiq seeks review of the Board of Immigration Appeals' ("Board") orders: (1) denying her motion to reopen deportation proceedings (No. 98-1928); and (2) denying her motion for reconsideration of the denial of her first motion to reopen and denying her second motion to reopen (No. 02-1306). We have reviewed the administrative records and the Board's decisions and find that the Board did not abuse its discretion in denying these motions. See 8 C.F.R. § 3.2(a) (2002); INS v. Doherty, 502 U.S. 314, 323-24 (1992). Accordingly, we deny both petitions for review on the reasoning of the Board. See Sadiq v. INS, No. A72-418-396 (B.I.A. May 28, 1998 & Feb. 20, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITIONS DENIED